Rabin J. Pournazarian, SBN 186735
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorney for Debtors.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JESSE JOSE RIVERA<br><br>LESLIE ANN TREVINO,<br><br>            Debtors. | Case No: 2:23-bk-14027-NB<br><br>Chapter 13<br><br>**VOLUNTARY DISMISSAL OF DEBTORS' MOTION TO VALUE COLLATERAL HELD BY VW CREDIT, INC.**<br><br>Date:  September 7, 2023<br>Time: 8:30a.m.<br>Place: United States Bankruptcy Court<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br>Crtm:  1545 |

**TO THE HONORABLE NEIL W. BASON; KATHY DOCKERY/CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Debtors' attorney of record, Rabin J. Pournazarian, hereby files a VOLUNTARY DISMISSAL OF MOTION TO VALUE COLLATERAL HELD BY VW CREDIT, INC. filed on July 25, 2023, and set for the above-listed hearing.

Date: September 6, 2023          By:   /s/ Rabin J. Pournazarian
                                                    Rabin J. Pournazarian
                                                    Attorney for Debtors

-1-

| In re:<br>**Jesse Jose Rivera**<br>**Leslie Ann Trevino**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:23-bk-14027-NB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled (*specify*): **VOLUNTARY DISMISSAL OF DEBTORS' MOTION TO VALUE COLLATERAL HELD BY VW CREDIT, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/6/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**CHAPTER 13 TRUSTEE: Kathy A Dockery (TR),   EFiling@LATrustee.com**
**ATTORNEY FOR DEBTORS: Rabin Pournazarian, enotice@pricelawgroup.com**
**UNITED STATES TRUSTEE (LA), ustpregion16.la.ecf@usdoj.gov**
**ATTORNEY FOR CREDITOR: Kirsten Martinez, Kirsten.Martinez@bonialpc.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **9/6/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTORS**
**Jesse Rivera and Leslie Trevino**
**2913 North Garey Avenue**
**Pomona, CA 91767**

**CREDITORS**
**VW Credit, Inc.**
**Attn: Ernst Jan van Eijkelenburg, CEO**
**1401 Franklin Blvd.**
**Libertyville, IL 60048**

**Volkswagen Credit, Inc**
**Attn: Bankruptcy**
**Po Box 3**
**Hillsboro, OR 97123**

**AGENT FOR SERVICE OF PROCESS FOR**
**VW Credit, Inc.**
**CSC-Lawyers Incorporating Service**
**2710 Gateway Oaks Drive**
**Sacramento, CA 95833**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **13** |
|---|---|---|
| **Jesse Jose Rivera** | | CASE NUMBER **2:23-bk-14027-NB** |
| **Leslie Ann Trevino** | Debtor(s). | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/6/2023 | **Ashley Johnson** | /s/ Ashley Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                         F 9013-3.1