Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorney for Secured Creditor
Toyota Motor Credit Corporation

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Jesse Jose Rivera<br>Leslie Ann Trevino,<br><br><br><br><br><br><br><br><br>Debtors | Case No. 2:23-bk-14027-NB<br><br>Chapter 13<br><br>**STIPULATION RE: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>Hearing:<br>Date:  September 7, 2023<br>Time:  9:30 AM<br>Place:  1545<br>          255 E Temple Street<br>          Los Angeles, CA 90012 |

On or about August 11, 2023, Toyota Motor Credit Corporation ("Secured Creditor") filed its Proof of Claim in the amount of $31,885.39 including arrearage in the amount of $1,102.31. Secured Creditor's claim is secured by the personal property commonly known as 2021 TOYOTA TACOMA, vehicle identification number: 3TYAX5GN4MT015056 (the "Property"). Secured Creditor and Jesse Jose Rivera and Leslie Ann Trevino ("Debtors"), by and through their attorneys of record, have conferred regarding Debtor's proposed treatment of Secured Creditor's claim and **IT IS HEREBY STIPULATED** that:

//

STIPULATION                                                             1                                                        3525-N-2677

1. The parties agree that Secured Creditor's claim will be provided for in the plan in the amount of $31,885.39 at an interest rate of 8.5%.

2. Debtor and Secured Creditor agree to have the Plan interlineated by the Trustee to provide for the above terms.

**APPROVED AS TO FORM AND CONTENT:**

Dated: 9/6/2023

_____
Rabin Pournazarian
Attorney for Debtors,
Jesse Jose Rivera
Leslie Ann Trevino

Dated: 9/6/2023

_/s/Kirsten Martinez_____
Austin P Nagel
Kristen Martinez
Attorney for Secured Creditor,
Toyota Motor Credit Corporation

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 350**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d);and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) September 6, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmissions at the email addresses stated below.

| *U.S. Trustee* | *Trustee* | *Debtors' Attorney* |
|---|---|---|
| ustpregion16.la.ecf@usdoj.gov | Kathy A. Dockery | Rabin Pournazarian |
| | EFiling@LATrustee.com | enotice@pricelawgroup.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) September 6, 2023, I served the following persons and/or entities at the last known address in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtors*
Jesse Jose Rivera
Leslie Ann Trevino
2913 North Garey Avenue
Pomona, CA 91767

☐ Service information continued on attached page

**3. SERVED BY PERSONL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 6, 2023 | **Corey Banks** | /s/ ***Corey Banks*** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3525-N-2677

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**